# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIDONG PEI,<br><br>      *Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      *Defendant*. | Civil Action No. 17-2740 (RDM) |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian J. Field as counsel of record for the Defendant in the above-captioned case.

February 5, 2018

Respectfully submitted,

   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2551
Brian.Field@usdoj.gov